IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALAN AMRON, *Pro se* <br><br> Plaintiff, <br><br> v. <br><br> MLB ADVANCED MEDIA L.P., <br><br> Defendant. | Case No. 1:24-cv-02930-PAE |

**MLB ADVANCED MEDIA L.P.'S NOTICE OF MOTION TO DISMISS ALAN AMRON'S COMPLAINT**

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law in support of this motion, dated July 17, 2024, and upon the pleadings herein that Defendant MLB Advanced Media, L.P. ("MLBAM") respectfully moves this Court to dismiss Plaintiff Alan Amron's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6).

Date: July 17, 2024

Respectfully submitted,

By: *S/ Alan E. Littmann*
Alan E. Littmann (*pro hac vice* pending)
Jennifer M. Hartjes (*pro hac vice* to be filed)
GOLDMAN ISMAIL TOMASELLI
BRENNAN & BAUM LLP
200 South Wacker Dr., 22nd Floor
Chicago, IL 60606
Telephone: (312) 881-5994
Facsimile: (312) 380-7007
Email: alittmann@goldmanismail.com
Email: jhartjes@goldmanismail.com

*Counsel for Defendant MLB Advanced Media L.P.*

2

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on July 17, 2024.


Date: July 17, 2024                                        *S/ Alan E. Littmann*