UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALAN AMRON,

                Plaintiff,

        -v-

MLB ADVANCED MEDIA L.P.,

                Defendant.[1]

24 Civ. 2930 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On August 20, 2024, defendant MLB Advanced Media, L.P. ("MLBAM") filed a motion to strike the amended complaint ("AC") under Rule 12(f)(2) of the Federal Rules of Civil Procedure.  Dkt. 42.  In its motion, it also asked the Court to dismiss the AC for the reasons stated in MLBAM's July 17, 2024 motion to dismiss under Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure.  Dkt. 27.  It is hereby ORDERED that eChanging Barcode, LLC ("eChanging") file a response to both motions by August 30, 2024.  The response should address whether there is any substantive consequence to eChanging were the Court to dismiss the AC without prejudice to eChanging's right to bring a new action.  Defendant's reply, if any, shall be filed by September 6, 2024.

SO ORDERED.

                                                  Paul A. Engelmayer
                                                  United States District Judge

Dated: August 22, 2024
       New York, New York

---

[1] In light of the dismissal of the other defendants, the Court has changed the caption to reflect the current status of the case.