UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALAN AMRON,

                                  Plaintiff,

          -v-

MLB ADVANCED MEDIA L.P. *et al.*,

                                Defendants.

24 Civ. 2930 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On August 7, 2024, then-plaintiff Alan Amron voluntarily dismissed all defendants except MLB Advanced Media L.P. Dkt. 40. On December 6, 2024, the Court issued a decision permitting the substitution of eChanging Barcode, LLC ("eChanging") for Amron as plaintiff. *See* Dkt. 56. The Clerk of Court is respectfully directed to update the case caption to reflect these actions.

SO ORDERED.

                                                          *Paul A. Engelmayer*
                                                          Paul A. Engelmayer
                                                          United States District Judge

Dated: May 27, 2025
       New York, New York